UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN McDOWELL,<br><br>    Plaintiff,<br> v.<br><br>ADMINISTRATOR LYDELL B. SHERRER;<br>SERGEANT CRAIG SEARS;<br>SCO CHARLIE WALLACE;<br>SCO CHRISTOPHER CARSON;<br>SCO DENNIS ROBINSON;<br>SCO MARC WILLIAMS;<br>SCO DOMINGO RIVERA;<br>SCO BRIAN WILLIAMS;<br>SCO KEVIN SEARCY;<br>SCO ARNALDO BELO;<br>SERGEANT CESAR DE LA CRUZ;<br>SCO CARNELL CARTRELL;<br>SCO EDWARD BONET;<br>SCO RONALD TUCKER;<br>SCO LEONARD WHEELER;<br>SERGEANT DAVID ABDUS-SABUR,<br><br>    Defendants. | Civil Action No. 04-6089 (KSH)<br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

  For the reasons stated in the opinion filed herewith,

  It is on this 7th day of October, 2008,

  **ORDERED** that Defendants' motion for summary judgment is **GRANTED** as to all federal claims; and it is further

  **ORDERED** that the remaining state constitutional claim is **DISMISSED** without prejudice.

            /s/Katharine S. Hayden
            Katharine S. Hayden
            United States District Judge